1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
MARTHA BOERSCH (CABN 126569)
3 Chief, Criminal Division

4 SAILAJA M. PAIDIPATY (NBN 5160007)
Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
     Telephone: (415) 436-7200
7      FAX: (415) 436-7234
     sailaja.paidipaty@usdoj.gov
8
Attorneys for United States of America
9

10               UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,     )  **CASE NO. 23-CR-222 BLF**
                      )
14      Plaintiff,          )  **STIPULATION AND [~~PROPOSED~~] ORDER TO**
                      )  **CONTINUE SENTENCING FROM FEBRUARY**
15   v.              )  **6, 2024 TO FEBRUARY 27, 2024**
                      )
16 KEVIN CHAO,           )
                      )
17      Defendant.         )
                      )
18

19      The parties in the above-captioned case are scheduled for a sentencing hearing on February 6,

20 2024.  Due to an unanticipated conflict, government counsel may be unavailable during that time.

21 Following consultation with the Court's Deputy and the assigned U.S. Probation Officer, the parties

22 jointly agree and stipulate to a brief three-week continuance of the sentencing hearing until February 27,

23 //

24 //

25 //

26 //

27 //

28 //

STIP. TO CONT. SENT.]                   1
23-CR-222 BLF

1  2024, at 9 a.m.

2  IT IS SO STIPULATED

3  DATED:  January 3, 2024                    Respectfully submitted,

4                                             ISMAIL J. RAMSEY

5                                             United States Attorney

6

7                                             _____/s_____
                                              SAILAJA M. PAIDIPATY

8                                             Assistant United States Attorney

9  DATED: January 3, 2024

10                                            _____/s_____
                                              ED SWANSON

11                                            CARLY BITTMAN
                                              Attorneys for Defendant Kevin Chao

12

13                      [PROPOSED] ORDER

14         Based on the representations of the parties above, and for good cause shown, the Court

15  hereby continues the sentencing hearing in the above-captioned case from February 6, 2024, to February

16  27, 2024. at 9 a.m.

17

18  DATED: January 5, 2024

19                                            _____
                                              HON. BETH L. FREEMAN

20                                            United States District Judge

21

22

23

24

25

26

27

28